UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAZEN FARES,

    Plaintiff,

v.                                              CASE NO.  8:17-cv-333-T-26MAP

DISCOVER FINANCIAL SERVICES, LLC,

    Defendant.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, including Plaintiff's Notice of Non-Objection filed at docket 13, it is **ORDERED AND ADJUDGED** as follows:

    1)  Defendant's Motion to Compel Arbitration and Stay Litigation (Dkt. 10) is **granted**.

    2)  The parties are directed to arbitrate Plaintiff's claims pursuant to the terms of the Discover Card Opening Agreement.

    3)  All proceedings in this case are **stayed** pending arbitration.

    4)  The Clerk is directed to administratively **close** this case during the period of the stay.

**DONE AND ORDERED** at Tampa, Florida, on March 24, 2017.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record