**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MAZEN FARES,

    Plaintiff,

v.                                      CASE NO.: 8:17-cv-00333-RAL-MAP

DISCOVER FINANCIAL SERVICES, LLC,

    Defendants.

**JOINT STIPULTION FOR DISMISSAL WITH PREJUDICE**

**COMES NOW** the plaintiff, MAZEN FARES, and the defendant, DISCOVER FINANCIAL SERVICES, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

| | |
|---|---|
| /s/Stefan A. Alvarez | /s/Laura Westerman Tanner |
| Stefan A. Alvarez, Esq. | Laura Westerman Tanner, Esq. |
| Florida Bar No. 0100681 | FL Bar # 0085573 |
| Stefan@TheConsumerProtectionFirm.com | Email: ltanner@burr.com |
| William "Billy" Peerce Howard, Esq. | Secondary email: zhasbini@burr.com; |
| Florida Bar No. 0103330 | sforero@burr.com |
| Billy@TheConsumerProtectionFirm.com | Jacqueline Simms-Petredis, Esq. |
| THE CONSUMER PROTECTION FIRM, PLLC | FL Bar # 0906751 |
| 210-A South MacDill Avenue | Email: jsimms-petredis@burr.com |
| Tampa, FL 33609 | Burr & Forman LLP |
| Telephone: (813) 500-1500 | 201 North Franklin Street, Suite 3200 |
| Facsimile: (813) 435-2369 | Tampa, Florida 33602 |
| *Attorneys for Plaintiff* | Tel: (813) 221-2626 |
| | Fax: (813) 357-3534 |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on June 27, 2017 to all parties of record.

Respectfully submitted,

*/s/Stefan A. Alvarez*
Stefan A. Alvarez, Esq.
Florida Bar No. 0100681